# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TONI FLAD ROSSI

VERSUS

ANTHONY ROSSI

NO.  2020 CW 0819

**SEPTEMBER 10, 2020**

---

In Re:   Toni Flad Rossi, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201611187.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**PMc**
**GH**

**Welch, J.,** dissents and would grant the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT